UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLIVESTER THOMAS,** | : | |
| Petitioner | : | |
| | : | No. 1:17-cv-00126 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN R. A. PERDUE,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 31st day of October 2017, upon consideration of the petition for writ of habeas corpus (Doc. No. 1), and in accordance with the foregoing Memorandum, **IT IS ORDERED THAT:**

(1) The Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED** without prejudice;

(2) Petitioner's motion for status report (Doc. No. 8), is **DISMISSED** as moot; and

(3) The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania